McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-CV-02198-LKK-DAD |
| ) | |
| Plaintiff, ) | APPLICATION AND ORDER FOR |
| ) | PUBLICATION |
| v. ) | |
| ) | |
| 2001 VOLKSWAGEN BEETLE, VIN: ) | |
| 3VWCK21CX1M459995, LICENSE NUMBER ) | |
| 5GSH636, ) | |
| ) | |
| 2003 DODGE RAM 1500 PICKUP, VIN: ) | |
| 1D7HA18D63J657709, LICENSE NUMBER ) | |
| 8B62913, AND ) | |
| ) | |
| ASSORTED JEWELRY, ) | |
| ) | |
| Defendants. ) | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

    1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation or on the official internet government forfeiture site;

1

2.  Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3.  The defendant 2001 Volkswagen Beetle, VIN: 3VWCK21CX1M459995, License Number 5GSH636 was seized in the city of Sacramento, in Sacramento County, California.  The defendants 2003 Dodge Ram 1500 Pickup, VIN: 1D7HA18D63J657709, License Number 8B62913, and Assorted Jewelry were seized in the city of Cameron Park, in El Dorado County, California.  The Drug Enforcement Administration published notice of the non-judicial forfeiture of the above-listed defendant properties on June 9, 16, and 23, 2008 in the Wall Street Journal.

4.  Plaintiff proposes that publication be made as follows:

    a.  One publication;

    b.  Thirty (30) consecutive days;

    c.  On the official internet government forfeiture site www.forfeiture.gov;

    d.  The publication is to include the following:

        (1)  The Court and case number of the action;

        (2)  The date of the arrest/seizure;

        (3)  The identity and/or description of the property arrested/seized;

        (4)  The name and address of the attorney for the Plaintiff;

        (5)  A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of

2

publication on the official internet government forfeiture site; and

    (6)  A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: Sept. 17, 2008   McGREGOR W. SCOTT
            United States Attorney


            /s/ Kristin S. Door
            KRISTIN S. DOOR
            Assistant United States Attorney


**ORDER**

  IT IS SO ORDERED.

DATED: September 18, 2008.

           _____
           DALE A. DROZD
           UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/USvVolkswagen2198.ord

3