```
1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America
6
```

**FILED**
OCT 2 2 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

\* warrant issued

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>2001 VOLKSWAGEN BEETLE, VIN: 3VWCK21CX1M459995, LICENSE NUMBER 5GSH636,<br><br>2003 DODGE RAM 1500 PICKUP, VIN: 1D7HA18D63J657709, LICENSE NUMBER 8B62913, AND<br><br>ASSORTED JEWELRY,<br><br>　　　　Defendants. | 2:08-CV-02198-LKK-DAD<br><br>**ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |

　　　WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on September 17, 2008, in the United States District Court for the Eastern District of California, alleging that the defendants 2001 Volkswagen Beetle, VIN: 3VWCK21CX1M459995, License Number 5GSH636; 2003 Dodge Ram 1500 Pickup, VIN: 1D7HA18D63J657709, License Number 8B62913; and Assorted Jewelry (hereafter "defendant assets") are subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(4) and (a)(6) for

one or more violations of 21 U.S.C. § 841 et seq.;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Cindy M. Yamasaki, there is probable cause to believe that the defendant assets so described constitute property that is subject to forfeiture for such violation(s), and that grounds for issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant assets.

Dated: 10/22/08

EDMUND F. BRENNAN
United States Magistrate Judge